IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  08-cr-00088-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALAN JAMES CALLAWAY

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Hearing on supervised release violation will be held **July 21, 2011, at 3:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: June 16, 2011

                                      s/ Jane Trexler, Judicial Assistant